# Court of Appeals
# of the State of Georgia

ATLANTA,  January 08, 2020

*The Court of Appeals hereby passes the following order:*

**A20D0233.  PATRICIA WYNN v. MARK BUTLER, COMMISSIONER et al.**

Patricia Wynn filed a petition in the superior court seeking judicial review of an administrative ruling of the Department of Labor Board of Review (the "Board") that found Wynn ineligible for the receipt of unemployment benefits.  The superior court affirmed the Board's decision on November 5, 2019, and Wynn filed this application for discretionary review on December 17, 2019. We, however, lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of entry of the order or judgment to be appealed.  OCGA § 5-6-35 (d); *Hill v State*, 204 Ga. App. 582, 583 (420 SE2d 393) (1992). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989).   Here, Wynn filed her application 42 days after the trial court entered its order.[1]

---

[1] Wynn attempted to file her application earlier, but the Court was unable to accept the filing since it did not include a proper certificate of service. See Court of Appeals Rule 6 (f) (any document with an improper certificate of service "shall not be accepted for filing").

Accordingly, the application is untimely, and it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, __01/08/2020__*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*